```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 19-01330-RNO
Cynthia Sauter                                                      Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: AutoDocke           Page 1 of 1           Date Rcvd: Mar 23, 2020
                              Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2020.
5203914        +NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER,    ATTN: Bankruptcy Dept,    PO Box 619096,
                 Dallas TX 75261-9096

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2020                                 Signature:  /s/Joseph Speetjens

---

                         **CM/ECF NOTICE OF ELECTRONIC FILING**

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Select Portfolio Servicing, Inc.
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Federal Home Loan Mortgage Corp.
               bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.    on behalf of Debtor 1 Cynthia  Sauter ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:19-bk-01330-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Cynthia Sauter
73 Hillcrest Drive
Montoursville PA 17754

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/20/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741 | Select Portfolio Servicing, Inc.<br>Attn: Remittance Processing<br>P. O. Box 65450<br>Salt Lake City, UT 84165-0450<br>Select Portfolio Servicing, Inc.<br>Attn: Remittance Processing |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 03/25/20

Terrence S. Miller
**CLERK OF THE COURT**