IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**In Re:**

| | | |
|---|---|---|
| **Cynthia Sauter,** | : | **Case No. 4:19-bk-01330-RNO** |
| Debtor | : | **Chapter 13** |
| | : | |
| **Cynthia Sauter,** | : | **Related to Doc. No. 50** |
| **S. S. No. xxx-xx- 9989** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **CRI** | : | |
| Respondent | : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on the June 5, 2020, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: June 5, 2020              /s/ Sharla Munroe
                                       Sharla Munroe, Paralegal
                                       McElrath Legal Holdings, LLC
                                       1641 Saw Mill Run Blvd.
                                       Pittsburgh, PA 15210
                                       Tel: 412.765.3606
                                       Fax: 412.765.1917

MATRIX

**First class Mail**

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Cynthia Sauter
73 Hillcrest Drive
Montoursville, PA 17754

CRI
Attn: Payroll Manager
3410 West 12th Street
Erie, PA 16505