IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 4-19-01330(HWV) |
| CYNTHIA SAUTER | : | |
|     Debtor(s) | : | CHAPTER 13 |
| | : | |
|     And | : | Nature of Proceeding: Withdrawing |
| MATTHEW ALLEN SAUTER | : | Ally Financial Inc.'s Motion for Relief |
|     Co-Debtor | : | |
| | : | |
| ALLY FINANCIAL INC. | : | |
|     Movant(s) | : | |
| | : | |
| CYNTHIA SAUTER | : | Pleading: Ally Financial Inc.'s Motion for |
| CHARLES J. DEHART, III, Trustee | : | Relief from the Automatic Stay |
|     Respondent(s) | : | Document #: 60 |

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

■     The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐     The undersigned counsel certifies as follows:

(1)     A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

        ☐     Thirty (30) days.

        ☐     Forty-five (45) days.

        ☐     Sixty (60) days.

(2)     If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3)     Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:   June 15, 2021                      s/ Regina Cohen

                                                           Attorney for   Ally Financial Inc.

2253815v1