In re:  Case No. 19-01330-MJC
Cynthia Sauter  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 28, 2022     Form ID: trc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

**Recip ID**     **Recipient Name and Address**
5315201     + Select Portfolio Servicing, Inc., Attn: Remittance Processing, P. O. Box 65450, Salt Lake City, UT 84165-0450, Select Portfolio Servicing, Inc. 84165-0450 Attn: Remittance Processing

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:

**Name**     **Email Address**

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor Federal Home Loan Mortgage Corp. bkgroup@kmllawgroup.com

Paul W McElrath, Jr.
    on behalf of Debtor 1 Cynthia Sauter ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com

Rebecca Ann Solarz
    on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com

Regina Cohen

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:19-bk-01330-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Cynthia Sauter
73 Hillcrest Drive
Montoursville PA 17754

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/27/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Select Portfolio Servicing, Inc., Attn: Remittance Processing, P. O. Box 65450, Salt Lake City, UT 84165-0450, Select Portfolio Servicing, Inc., Attn: Remittance Processing | US Bank Trust National Association<br>c/o Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0675<br>US Bank Trust National Association<br>c/o Shellpoint Mortgage Servicing |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/30/22

Terrence S. Miller
**CLERK OF THE COURT**