United States Bankruptcy Court

Middle District of Pennsylvania

In re: Case No. 19-01330-MJC

Cynthia Sauter  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2

Date Rcvd: Jul 27, 2022      Form ID: pdf010      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

**Recip ID**      **Recipient Name and Address**
     +   CRI, 3410 West 12th Street, Erie, PA 16505-3649

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2022      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Federal Home Loan Mortgage Corp. bkgroup@kmllawgroup.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Cynthia Sauter ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| Regina Cohen | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

Cynthia Sauter,
    Debtor

Cynthia Sauter,
S. S. No. xxx-xx- 9989

    Movant

v.

CRI
    Respondent

Case No. 4:19-bk-01330-MJC

Chapter 13

Related to Doc. No. 70

## ORDER TO STOP PAYROLL DEDUCTION

Upon consideration of the Motion for Termination of Wage Attachment, Dkt. #70 ("Motion"), it is hereby **ORDERED, ADJUDGED** and **DECREED** that said Motion is hereby granted and the Wage Attachment entered pursuant to Order dated May 29, 2020 is hereby terminated, and

CRI
3410 West 12th Street
Erie, PA 16505

is hereby ordered to immediately terminate the attachment of the wages of Cynthia Sauter, social security number xxx-xx-9989. No future payments are to be sent to Jack N. Zaharopoulos, Trustee on behalf of Cynthia Sauter.

**IT IS FURTHER ORDERED** that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: July 27, 2022