In re:  Case No. 19-01330-MJC
Cynthia Sauter  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3
Date Rcvd: Sep 15, 2022     Form ID: 3180W     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cynthia Sauter, 73 Hillcrest Drive, Montoursville, PA 17754-7633 |
| 5180012 | + | Brennercarcr, 4 Parkside Ct, Mifflintown, PA 17059-9100 |
| 5180015 | + | Horizon Cu, 1007 East Third St, Williamsport, PA 17701-5417 |
| 5180016 | + | Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 5180017 | + | Milstead & Associates, 7 N. Columbus Boulevard #200, Philadelphia, PA 19106-1422 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Sep 15 2022 22:53:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5424282 | + | EDI: AISACG.COM | Sep 15 2022 22:53:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5208178 | | EDI: GMACFS.COM | Sep 15 2022 22:53:00 | Ally Financial, PO Box 130424, Roseville, MN 55113-0004 |
| 5180011 | + | EDI: GMACFS.COM | Sep 15 2022 22:53:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 5180013 | + | EDI: CAPITALONE.COM | Sep 15 2022 22:53:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5180014 | + | EDI: DISCOVER.COM | Sep 15 2022 22:53:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5203914 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2022 18:46:00 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 5187736 | + | Email/Text: RASEBN@raslg.com | Sep 15 2022 18:46:00 | Nationstar Mortgage LLC D/B/A Mr. Cooper, RAS CITRON, LLC, 130 CLINTON ROAD, SUITE 202, FAIRFIELD, NJ 07004-2927 |
| 5180018 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 15 2022 18:46:00 | Nstar/cooper, 350 Highland, Houston, TX 77009-6623 |
| 5180019 | + | EDI: LCIPHHMRGT | Sep 15 2022 22:53:00 | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 5315200 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 18:46:00 | Select Portfolio Servicing, Inc., Attn: Remittance Processing, P. O. Box 65450, Salt Lake City, UT 84165-0450 |
| 5315201 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 15 2022 18:46:00 | Select Portfolio Servicing, Inc., Attn: Remittance Processing, P. O. Box 65450, Salt Lake City, UT 84165-0450, Select Portfolio Servicing, Inc. 84165-0450, Attn: Remittance Processing |
| 5457264 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 15 2022 18:46:00 | US Bank Trust National Association, c/o |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5457263 | + | Email/Text: mtgbk@shellpointmtg.com | | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0675, US Bank Trust National Association, c/o Shellpoint Mortgage Servicing 29603-0826 |
| | | | Sep 15 2022 18:46:00 | US Bank Trust National Association, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5180020 | + | EDI: VERIZONCOMB.COM | Sep 15 2022 22:53:00 | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association, Not In Its Ind |
| cr | *+ | Ally Financial Inc., P.O. Box 130424, Roseville, MN 55113-0004 |
| cr | *+ | Nationstar Mortgage LLC D/B/A Mr. Cooper, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 5200163 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 5200164 | *+ | Brennercarcr, 4 Parkside Ct, Mifflintown, PA 17059-9100 |
| 5200165 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5200166 | *+ | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 5200167 | *+ | Horizon Cu, 1007 East Third St, Williamsport, PA 17701-5417 |
| 5200169 | *+ | Milstead & Associates, 7 N. Columbus Boulevard #200, Philadelphia, PA 19106-1422 |
| 5200168 | *+ | Milstead & Associates, 1 East Stow Road, Marlton, NJ 08053-3118 |
| 5200170 | *+ | Nstar/cooper, 350 Highland, Houston, TX 77009-6623 |
| 5200171 | *+ | Ocwen Loan, 1661 Worthington Rd, West Palm Beach, FL 33409-6493 |
| 5200172 | *+ | Verizon, Po Box 650584, Dallas, TX 75265-0584 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor Federal Home Loan Mortgage Corp. bkgroup@kmllawgroup.com |
| Paul W McElrath, Jr. | on behalf of Debtor 1 Cynthia Sauter ecf@mcelrathlaw.com donotemail.ecfbackuponly@gmail.com |

| | | |
|---|---|---|
| Rebecca Ann Solarz | | on behalf of Creditor Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| Regina Cohen | | on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Cynthia Sauter<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9989<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:19–bk–01330–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cynthia Sauter

9/15/22

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**