IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILLIAMSPORT)

| | |
|---|---|
| IN RE: )<br>CYNTHIA SAUTER )<br> )<br> )<br>    DEBTOR )<br> )<br>US BANK TRUST NATIONAL ASSOCIATION,)<br>NOT IN ITS INDIVIDUAL CAPACITY BUT )<br>SOLELY AS OWNER TRUSTEE FOR VRMTG)<br>ASSET TRUST )<br> )<br>    MOVANT )<br> )<br>CYNTHIA SAUTER, DEBTOR, AND )<br>JACK N ZAHAROPOULOS, TRUSTEE )<br> )<br>    RESPONDENTS ) | CASE NO.: 4:19-bk-01330-MJC<br>CHAPTER 13<br>JUDGE MARK J. CONWAY |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 19th day of September 2022

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 19th day of September 2022.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

# SERVICE LIST (CASE NO. 4:19-bk-01330-MJC)

*DEBTOR*
CYNTHIA SAUTER
73 HILLCREST DRIVE
MONTOURSVILLE, PA 17754

*ATTORNEYS FOR DEBTOR*
PAUL W MCELRATH, JR.
MCELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BOULEVARD
PITTSBURGH, PA 15210
ECF@MCELRATHLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
USTPREGION03.HA.ECF@USDOJ.GOV